Greg **GIVENS**, Plaintiff—Appellant,

v.

William **CRISWELL**; Rebecca Randolph; John Doe, 1, individually and collectively, Defendants—Appellees,

and

Main Street Bank; United Bank, d/b/a United National Bank; United Bank–Dunbar, d/b/a United National Bank; Roselyn J. Cantini, United Bank; Ohio County, West Virginia, Ohio County Prosecutor Office; Wheeling Police Department, Defendants.

Greg Givens, Plaintiff—Appellant,

v.

William Criswell; Rebecca Randolph; John Doe, 1, individually and collectively, Defendants—Appellees,

Main Street Bank; United Bank, d/b/a United National Bank; United Bank–Dunbar, d/b/a United National Bank; Roselyn J. Cantini, United Bank; Ohio County, West Virginia, Ohio County Prosecutor Office; Wheeling Police Department, Defendants.

Greg Givens, Plaintiff—Appellant,

v.

William Criswell; Rebecca Randolph; John Doe, 1, individually and collectively, Defendants—Appellees,

and

Main Street Bank; United Bank, d/b/a United National Bank; United Bank–Dunbar, d/b/a United National Bank; Roselyn J. Cantini, United Bank; Ohio County, West Virginia, Ohio County Prosecutor Office; Wheeling Police Department, Defendants.

Greg Givens, Plaintiff—Appellant,

v.

William Criswell; Rebecca Randolph; John Doe, 1, individually and collectively, Defendants—Appellees,

and

Main Street Bank; United Bank, d/b/a United National Bank; United Bank–Dunbar, d/b/a United National Bank; Roselyn J. Cantini, United Bank; Ohio County, West Virginia, Ohio County Prosecutor Office; Wheeling Police Department, Defendants.

Nos. 09–2226, 09–2284, 10–1293, 10–1325.

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: July 21, 2010.

Greg Givens, Appellant Pro Se. Lee Murray Hall, Jenkins Fenstermaker, PLLC, Huntington, West Virginia; Keith C. Gamble, Pullin, Fowler, Flanagan, Brown & Poe, PLLC, Morgantown, West Virginia; James Thomas McClure, Gompers, McCarthy & McClure, Wheeling, West Virginia, for Appellees.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Givens seeks to appeal various district court orders in his 42 U.S.C. § 1983 (2006) case. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Givens seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We deny Givens' motion to strike and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*